LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3RD FLOOR
NEW YORK, NY 10004
T (212) 500-3273
F (855) 696-6848

ARTHUR LEBEDIN*  
RUSS KOFMAN+  
MICHAEL LEINOFF+  
JESSICA GORMAN+  
ALEXANDRA BONACARTI+

\* Member N.Y. & N.J. Bar  
\+ Member N.Y. Bar

November 22, 2022

**The request is GRANTED. Defendant's wife shall sign the bond no later than December 1, 2022.**

Dated: November 22, 2022
New York, New York

SO ORDERED

*/s/ Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

Via ECF

Hon. Jennifer L. Rochon

Southern District of New York

500 Pearl Street

New York, NY 10007

RE: United States of America v. David Brend, 22-CR-551

Dear Judge Rochon:

    This office represents David Brend in the above-captioned matter. Mr. Brend was arraigned on Monday, November 14, 2022. He was released on a $400,000 PRB; one FRP (Defendant's wife) secured by interest in property in the form of a personal residence. Unfortunately, due to a miscommunication on the requirements of the bond between my office and the U.S. Attorney's Office, we has been unable to coordinate the signature of the FRP at this time

    Accordingly, I respectfully request that the deadline for the FRP to sign the bond be retroactively extended to December 1, 2022. I have spoken to the assigned prosecutor, AUSA Benjamin Gianforti, and the government consents to this request.

    Thank you in advance for your attention to this matter.

Very Truly Yours,

*/s/ Russ Kofman*

Russ Kofman, Esq.