LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3RD FLOOR
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*  
RUSS KOFMAN+  
MICHAEL LEINOFF+  
JESSICA GORMAN+  

\* Member N.Y. & N.J. Bar  
\+ Member N.Y. Bar

March 28, 2023

**Via ECF:**
Hon. Jennifer L. Rochon
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

RE: *United Stated of America v. David Brend*, 22-CR-551

Dear Judge Rochon:

This office represents David Brend in the above-captioned matter. A status conference is scheduled in this case for April 6, 2023 at 10:00 a.m. We write to request that Mr. Brend be excused from appearing personally at the conference. Mr. Brend would prefer to waive his appearance altogether or, in the alternative, appear via telephone or videoconference.

I have communicated with AUSA Benjamin Gianforti and he advised that the government does not object to this request.

The reasons that Mr. Brend should be excused from the conference are that he lives in Florida and is experiencing financial difficulties at this time. Mr. Brend is indigent and requiring him to travel to New York for the conference would work an undue financial hardship on him.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Russ Kofman*
**Russ Kofman**
Lebedin Kofman LLP
T: (212) 500-3273
F: (855) 696-6848
info@lebedinkofmanlaw.com

Application **GRANTED**. Mr. Brend shall participate by telephone. Counsel shall provide the court with his phone number shortly before the status conference.

Dated: March 28, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

CC: All Counsel