**LEBEDIN | KOFMAN LLP**
ATTORNEYS AT LAW
26 BROADWAY, 3RD FLOOR
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*  \* Member N.Y. & N.J. Bar
RUSS KOFMAN+   + Member N.Y. Bar
MICHAEL LEINOFF+
JESSICA GORMAN+

February 5, 2024

**Via ECF:**
Hon. Jennifer L. Rochon
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

> Application DENIED. The final pretrial conference has been scheduled since May 2023 (with one short adjournment in January 2024). It is a significant part of the pretrial process. Mr. Brend is expected to appear in person.
>
> Dated: February 5, 2024
> New York, New York
>
> **SO ORDERED.**
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE: *United Stated of America v. David Brend*, 22-CR-551

Dear Judge Rochon:

    This office represents David Brend in the above-captioned matter. A final pre-trial conference is scheduled in this case for February 9, 2024 at 10:00 a.m. We write to request that Mr. Brend be allowed to appear via telephone or videoconference.

    I have communicated with AUSA Michael Maimin and he advised that the government does not object to this request.

    The reasons that Mr. Brend should be allowed to appear via telephone or videoconference is that he lives in Florida and is experiencing financial difficulties at this time. Mr. Brend is indigent and requiring him to travel to New York for the conference would work an undue financial hardship on him.

    Thank you for your attention to this case.

Very truly yours,

*/s/ Russ Kofman*
**Russ Kofman**
Lebedin Kofman LLP
T: (212) 500-3273
F: (855) 696-6848
info@lebedinkofmanlaw.com

CC: All Counsel