UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID BREND and GUSTAVO RODRIGUEZ,<br><br>Defendants. | Case No. 1:22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 25, 2024, Defendants requested the Court's permission to withdraw their letter motion filed at ECF No. 168. The Court grants Defendants' request to withdraw the motion. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 167 and 168.

Dated: March 25, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge