UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              - v. -<br><br>DAVID BREND,<br>GUSTAVO RODRIGUEZ,<br><br>              Defendants. | 22-cr-00551-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS the Court scheduled a *Curcio* hearing for **April 9, 2024 at 4:00 p.m.** in **Courtroom 23B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007;

    IT IS HEREBY ORDERED that Marne Lenox of the Federal Defenders of New York is appointed to represent Mr. Brend for the limited purpose of acting as independent counsel to advise Mr. Brend regarding conflict issues and at the upcoming *Curcio* hearing;

    IT IS FURTHER ORDERED that Ms. Lenox make best efforts to confer with Mr. Brend prior to the scheduled *Curcio* hearing.

Dated: April 5, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge