UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

DAVID BREND and GUSTAVO RODRIGUEZ,

Defendants.

Case No. 1:22-cr-00551 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record at the *Curcio* hearing held on April 9, 2024, the Court finds that Defendant David Brend knowingly and voluntarily waives his right to be represented by unconflicted counsel and GRANTS the motion that Yelena Sharova be substituted as counsel for Defendant David Brend. The Court correspondingly relieves the following counsel of their representation of Mr. Brend: Russ Kofman, Patrick J. Joyce, Marne Lenox, Brad Leventhal, Kevin Morgan, and the law firm of Lebedin Kofman LLP.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 189, 192, and 201.

Dated: April 10, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge