

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
BRUCE PROVDA ESQ. * (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

Telephone   1.718.766.5153
Facsimile    1.718.504.3599
Email         sharova@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

April 11, 2024

**VIA ECF**
Honorable Jennifer L. Rochon
Judge of the United States District Court for
The Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States of America v. David Brend
             Docket No.:   22-Cr-551

Dear Judge Rochon:

Counsel for David Brend respectfully submits this joint letter to request an extension of time to file all post-verdict motions presently due on April 18, 2024 to May 2, 2024. The reason for this request is due to the fact that Your undersigned has just been retained and needs additional time to review all of the trial transcripts.

The Government, through Assistant Michael Maimin, has no objection to this request. Additionally, we would request that all dates in relation to motions be extended, including all response and reply papers.

Thank You for Your time and attention in this matter.

                                                     Respectfully Submitted,



                         Yelena Sharova Attorney
                         for the Defendant Brend
                         By: /s/ Yelena Sharova

CC: All Parties (via ECF)

The requested extension of time for briefing is GRANTED.  Defendant David Brend's post-verdict motions are now due on **May 2, 2024**.  The Governments' brief responding to Defendant David Brend's post-verdict motions is now due on **June 6, 2024**.  Defendant David Brend's reply brief is now due on **June 20, 2024**.  Defendant David Brend's sentencing shall therefore be adjourned until **July 11, 2024**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: April 15, 2024       SO ORDERED.
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**