UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID BREND and GUSTAVO RODRIGUEZ,<br>Defendants. | Case No. 1:22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 13, 2024, the Court ordered Edward Sapone, counsel for Gustavo Rodriguez, to "contact his client and follow-up with this Court with proposed next steps no later than May 20, 2024." ECF No. 215 (emphasis omitted). That date has passed without Mr. Sapone contacting the Court. This is particularly troubling since the issue raised by Mr. Rodriguez is a lack of responsiveness by Mr. Sapone. As a courtesy, the Court will afford Mr. Sapone until **May 23, 2024**, to inform the Court of proposed next steps. The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Rodriguez.

Dated: May 21, 2024
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge