UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID BREND and GUSTAVO RODRIGUEZ,<br>Defendants. | Case No. 1:22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at today's hearing, Andrew Patel is appointed as new counsel for Gustavo Rodriguez per Rodriguez's request. Edward Sapone is relieved as counsel for Rodriguez. Rodriguez shall file his post-trial motions (if any) by **July 25, 2024**. The Government shall file its response no later than **August 22, 2024**. Rodriguez shall file his reply no later than **September 5, 2024**. The sentencing of Gustavo Rodriguez is adjourned until **October 22, 2024**, at **2:00 p.m.** Given this extension, sentencing submissions shall be filed in accordance with Rochon Indiv. Crim. R. 7.B, rather than simultaneously with the post-trial motions.

The Court is inclined to continue with a concurrent briefing schedule for Rodriguez and David Brend. By **June 5, 2024**, Brend and the Government shall submit a joint letter advising whether they consent to abiding by the same briefing dates stated in the previous paragraph, with sentencing for Brend to be held on October 23, 2024, at 10:00 a.m.

Dated: May 28, 2024
          New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge