

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email       sharova@sharovalaw.com

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

October 23, 2024

**VIA ECF**
Honorable Jennifer L. Rochon
Judge of the United States District Court for
The Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.  Defense counsel is directed to review the attached form with his client and email it to chambers prior to the November 1, 2024 conference.

Dated: October 25, 2024
       New York, New York

SO ORDERED.

_JENNIFER L. ROCHON_
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   United States of America v. David Brend
      Docket No.:    22-Cr-551

Dear Judge Jennifer Rochon,

Counsel for David Brend respectfully submits this letter to allow Mr. Brend to appear virtually during hearing scheduled on November 1, 2024.

On October 18, 2024, the court issued an order scheduling oral argument on November 1, 2024 in regards to Mr. Brend ineffective assistance of counsel claim, Ecf No. 296. The court plans to hold oral argument in person since Mr. Brend will not be testifying at this date Mr. Brend request permission to appear virtually while his attorneys will be present in person. The reason for this request is fees and costs associated with travel from Florida to New York would financially prejudice Mr. Brend.

Respectfully Submitted,

Dominique Myers, Esq
Attorney for David Brend

9003 5th Avenue, BROOKLYN, NEW YORK 11209



By: /s/ *Dominique Myers*

CC: All Parties (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

Defendant.

**CONSENT TO PROCEED
BY VIDEOCONFERENCE**

JENNIFER L. ROCHON, United States District Judge:

_____    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my conference on November 1, 2024. I have discussed this and other issues with my attorney and willingly give up my right to be present, at the time of my conference, in the courtroom with my attorney. I would like my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I understand that I will have the ability to speak privately with my attorney at any time during the proceeding if I wish to do so. I will be appearing by video conference.

Date: _____       _____
       Print Name                         Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client his right to attend and participate in the criminal proceedings encompassed by this waiver in person, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client participating remotely and with me in person.

Date: _____       _____
       Print Name                         Signature of Defense Counsel

**Accepted:**    _____
                 Jennifer L. Rochon
                 United States District Judge
                 Date: