UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

DAVID BREND

Defendant.

22-cr-00551-JLR

**CONSENT TO PROCEED
BY VIDEOCONFERENCE**

JENNIFER L. ROCHON, United States District Judge:

 Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my conference on November 1, 2024. I have discussed this and other issues with my attorney and willingly give up my right to be present, at the time of my conference, in the courtroom with my attorney. I would like my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I understand that I will have the ability to speak privately with my attorney at any time during the proceeding if I wish to do so. I will be appearing by video conference.

Date:   David Brend                    _[signature]_
        Print Name                     Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client his right to attend and participate in the criminal proceedings encompassed by this waiver in person, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client participating remotely and with me in person.

Date:   Dominique Myers, Esq           /S/ Dominique Myers
        Print Name                     Signature of Defense Counsel

**Accepted:**   _Jennifer Rochon_
                Jennifer L. Rochon
                United States District Judge
                Date: