

| | |
|---|---|
| Telephone | 1.718.766.5153 |
| Facsimile | 1.718.504.3599 |
| Email | dmyers@sharovalaw.com |

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

November 18, 2024

**VIA ECF**
Honorable Jennifer L. Rochon
Judge of the United States District Court for
The Southern District of New York
500 Pearl Street
New York, NY 10007

**Request GRANTED. The First Motion at Dkt. 319 shall be placed under seal.**

Dated: November 19, 2024
New York, New York

SO ORDERED.

_/s/ Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

      Re:    United States of America v. David Brend
             Docket No.:   22-Cr-551

Dear Judge Jennifer Rochon,

      As you are aware, this office is counsel for Defendant David Brend. We respectfully submit this letter request to seal Defendant Brend's Motion for reconsideration (ECF. 319) from the public.

      On November 15, 2024, my office had filed a Motion for reconsideration, and as that motion contains personal information pursuant to Fed R. Crim. P. 49.1(a)(5), we are requesting the motion be placed under seal from the public.

      Please reach out to the undersigned with any questions or concerns.

                             Respectfully Submitted,

                             Dominique Myers, Esq
                             Attorney for David Brend


                             By: /s/ _Dominique Myers_

CC: All Parties (via ECF)