

Telephone   1.718.766.5153
Facsimile    1.718.504.3599
Email        dmyers@sharovalaw.com

YELENA SHAROVA, ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

November 20, 2024

**VIA ECF**
U.S. Judge Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1007

The request for an adjournment is GRANTED in part.  Sentencing is rescheduled to **December 2, 2024 at 2:30 p.m.**  This extension is only being granted because of the extenuating circumstances cited and the Court wishes the family member a speedy recovery.

Date:   November 20, 2024
        New York, New York

**SO ORDERED.**

_Jennifer Rochon_

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    United States v. David Brend
       Case: 1-22-cr-0551

Your Honor:

Counsel for Defendant David Brend ("Mr. Brend") respectfully submits this letter to request a short two-week adjournment of the sentencing hearing currently scheduled for November 22, 2024. I am the lead attorney with respect to Mr. Brend. The reason for this request is that an immediate family member suffered a stroke this afternoon and is in critical condition. I will be absent from my office for the remainder of the week; have cancelled all appointments; and, as such I am not able to appear on November 22, 2024.

The Government through Assistant US Attorney Michael Mamin, has no objection to this request.

Thank you for your attention to this matter.

Respectfully Submitted,

Dominique Myers
Attorney for the Defendants

9003 5th Avenue, Brooklyn, New York 11209



By: /s/ Dominique Myers

CC: All Parties (via ECF)