UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAVID BREND,<br>                    Defendant. | Case No. 1:22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record at the hearing held on December 2, 2024, Brend's motion for reconsideration, Dkt. 319, is denied. The Clerk of Court is directed to terminate the motion at Dkt. 319.

Dated: December 3, 2024
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge